

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00669-CV

Sandra Ann **ZARATE**,
Appellant

v.

Sergio Rene **ZARATE**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 04-10-20415-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The court reporter has filed a notice of late record stating appellant has not requested and arranged to pay for the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1) ("At or before the time for perfecting the appeal, the appellant must request in writing that the official reporter prepare the reporter's record."); *id.* R. 35.3(b)(2), (3) (providing the court reporter is not required to file a reporter's record unless the appellant has requested the reporter's record and "the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.").

We order appellant to provide written proof to this court by **October 25, 2018** that (1) the reporter's record has been properly requested, and (2) either paid or arranged to pay the reporter's fee or is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 20.1, 34.6(b)(1), 35.3(b). If appellant fails to provide such proof by the date ordered, appellant's brief will be due thirty days after the clerk's record is filed, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court